05/15/2006 11:30 FAX 4158567100          PaulHastings                                    ☑002

1 │ M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com
  │ SANA SWE (SB# 173024) sanaswe@paulhastings.com
2 │ EMILY J. RATTE (SB# 233241) emilyratte@paulhastings.com
  │ PAUL, HASTINGS, JANOFSKY & WALKER LLP
3 │ 55 Second Street
  │ Twenty-Fourth Floor
4 │ San Francisco, CA  94105-3441
  │ Telephone:  (415) 856-7000
5 │ Facsimile:  (415) 856-7100

6 │ Attorneys for Defendants
  │ UNITED PARCEL SERVICE, INC. AND NICK DATTOMO
7 │

8 │              UNITED STATES DISTRICT COURT

9 │            NORTHERN DISTRICT OF CALIFORNIA

10│               SAN FRANCISCO DIVISION

11│

12│ SHARON D. BODEMAN,                    CASE NO. C 05 2909 CRB

13│          Plaintiff,                   **STIPULATION TO DISMISS ACTION
  │                                        WITH PREJUDICE AND ORDER
14│    vs.                                 THEREON**

15│ UNITED PARCEL SERVICE, INC., a
  │ corporation, and NICK DATTOMO, an
16│ individual,

17│          Defendants.

18│

19│

20│

21│

22│

23│

24│

25│

26│

27│

28│
  │ Case No. C 05 2909 CRB              STIPULATION TO DISMISS ACTION WITH
  │                                      PREJUDICE AND ORDER THEREON

**BY FAX**

05/15/2006 11:30 FAX 4158567100          PaulHastings                                    ☑003

1    IT IS HEREBY STIPULATED by and between Plaintiff SHARON D.

2   BODEMAN and Defendants UNITED PARCEL SERVICE, INC. and NICK DATTOMO, by

3   and through their counsel of record, that Plaintiff's Complaint and this action be dismissed with

4   prejudice, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

5

6   DATED: April____, 2006

7   *May 9, 2006*

8                                        BY: _Sharon Bodeman_
                                            SHARON D. BODEMAN
9                                            Plaintiff in Pro Per

10  DATED: ~~April~~ *May* _15_, 2006        PAUL, HASTINGS, JANOFSKY & WALKER LLP
11

12                                       BY: _____
                                            EMILY J. RATTE
13                                          Attorneys for Defendants

14

15         PURSUANT TO STIPULATION IT IS ~~SO ORDERED~~

16

17  DATED: _May 18_, 2006          _____
                                        HONORABLE CHARLES R. BREYER
18                                       United States District Judge

19

20

21

22  LEGAL_US_W # 43522065.1

23

24

25

26

27

28

    CASE NO. C 05 2909 CRB                2        STIPULATION TO DISMISS ACTION WITH
                                                    PREJUDICE AND ORDER THEREON

10333796.tif - 5/15/2006 11:35:43 AM